TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROGER HILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLICK BOND, INC. a Nevada corporation; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:14-cv-01018-RFB-VCF<br><br>**STIPULATION AND ORDER TO TRANSFER CASE** |

COMES NOW, Plaintiff, ROGER HILL by and through his counsel, the law firm of Hatfield & Associates, Ltd., and Defendant, by and through his counsel, the law firm of Story Law Group who do hereby stipulate and agree to transfer of this case to Federal District Court in Northern Nevada (Reno) and the scheduling of an Early Neutral Evaluation in Reno before a Magistrate Judge based in Reno. Defendant also agrees to pay Plaintiff's counsel's air fare to Reno for the Early Neutral Evaluation (ENE). The purpose for the stipulation and proposed order is for the sake of economy as Plaintiff and Defendant and Defendant's counsel and witnesses are located in Northern Nevada, and no ENE has been held as the ENE that had been scheduled was vacated due to Defendant moving for transfer of the case to Reno. Plaintiff did not oppose the motion. The motion has not yet been decided by the Court and granting an order upon the stipulation of the parties would render the motion moot.


Accordingly, it is stipulated that this case be transferred to Federal District Court in Reno for adjudication.

Dated:  February 4, 2015                                Dated:  February 4, 2015

/s/ Trevor J. Hatfield                                  /s/ Robert W. Story
_____                     _____
Trevor J. Hatfield, Esq.  (SBN 7373)                    Robert W. Story, Esq. (SBN 1268)
HATFIELD & ASSOCIATES, LLC                              STORY LAW GROUP
703 S. Eighth St.                                       2450 Vassar Street, Suite 3B
Las Vegas, NV 89101                                     Reno, NV 89502
Attorneys for Plaintiff                                 Attorneys for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**  This this case be transferred to Federal District Court in Reno for adjudication.

Dated this 5th day of March, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted:

Dated February 4, 2015
**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2

## Certificate of Service

I certify that on the 4th day of February, 2015, I electronically filed the foregoing STIPULATION AND PROPOSED ORDER with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated: February 4, 2015.  **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*